**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-6874**

---

LLOYD STEVEN LANE,

Plaintiff - Appellant,

versus

ROOSEVELT STRICKLAND; BYRON WALTERS; BARRY
DEESE,

Defendants - Appellees,

and

G. WAYNE SPEARS; LYNN C. PHILLIPS; CAROL
WHITAKER; H. R. BRIGMAN; JOHN WILLIAMS; JERRY
MCQUEEN; L. W. MOORE; SANDRA THOMAS; YVONNE
LOCKLEAR; VICKY CAULDER; JOHN BULLOCK; JAMES
SANDERSON; JOHN R. MILLS,

Defendants.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, Chief District Judge. (CA-93-352-5-F)

---

Submitted: February 7, 1996        Decided: February 21, 1996

---

Before MURNAGHAN and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Lloyd Steven Lane, Appellant Pro Se.  Jacob Leonard Safron, Special
Deputy Attorney General, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying re-
lief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the
record and the district court's opinion accepting the magistrate
judge's recommendation and find no reversible error. Accordingly,
we affirm on the reasoning of the district court. Lane v. Strick-
land, No. CA-93-352-5-F (E.D.N.C. Apr. 28, 1995). We dispense with
oral argument because the facts and legal contentions are adequate-
ly presented in the materials before the court and argument would
not aid the decisional process.

AFFIRMED